| | |
|---|---|
| **From:** | Vivo-Torres, Victor (USMS) |
| **To:** | McClure, Emily K (TAX); Otero-Colon, Javier (USMS) |
| **Cc:** | Camacho-Rodriguez, Raul (USMS); Bonilla, Anthony (USMS) |
| **Subject:** | RE: Summons in a Civil Action - 25-cv-1233 Justin T. Ederle (CVR) |
| **Date:** | Thursday, May 29, 2025 3:00:08 PM |
| **Attachments:** | image002.png |
| | image003.png |

Greetings,

I just want to notify that Mr Ederle never returned my call and did not answered the phone today.

**Respectfully,**

**Victor Vivó**
**Deputy US Marshal**
**District of Puerto Rico**
**Cell: (787) 398-5478**
**Email: victor.vivo-torres@usdoj.gov**



**"Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended recipient(s) and may contain law enforcement sensitive, confidential or privileged information. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited."**

**From:** McClure, Emily K (TAX) <Emily.K.McClure@usdoj.gov>
**Sent:** Wednesday, May 28, 2025 5:00 PM
**To:** Vivo-Torres, Victor (USMS) <Victor.Vivo-Torres@usdoj.gov>; Otero-Colon, Javier (USMS) <Javier.Otero-Colon@usdoj.gov>
**Cc:** Camacho-Rodriguez, Raul (USMS) <Raul.Camacho-Rodriguez@usdoj.gov>; Bonilla, Anthony (USMS) <Anthony.Bonilla@usdoj.gov>
**Subject:** RE: Summons in a Civil Action - 25-cv-1233 Justin T. Ederle (CVR)

Thanks, Victor! Please keep me posted on whether he returns your call.

Emily K. McClure (she/her/hers)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 227
Washington, DC 20044
emily.k.mcclure@usdoj.gov

**Exhibit**
**B**

**CONFIDENTIALTY NOTE:** This email and attachments are confidential.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this email is prohibited.  If you have received this email in error, please notify the sender immediately and delete this copy and the reply from your system.  Thank you.

**From:** Vivo-Torres, Victor (USMS) <Victor.Vivo-Torres@usdoj.gov>
**Sent:** Wednesday, May 28, 2025 12:44 PM
**To:** Otero-Colon, Javier (USMS) <Javier.Otero-Colon@usdoj.gov>; McClure, Emily K (TAX) <Emily.K.McClure@usdoj.gov>
**Cc:** Camacho-Rodriguez, Raul (USMS) <Raul.Camacho-Rodriguez@usdoj.gov>; Bonilla, Anthony (USMS) <Anthony.Bonilla@usdoj.gov>
**Subject:** Re: Summons in a Civil Action - 25-cv-1233 Justin T. Ederle (CVR)

Greetings,

2nd Endeavor:
DUSM Bonilla and I (DUSM Vivo) arrived at Mr Ederle's residence today (5/28/2025) at 12:15 PM. Once again, we knocked on the door several times, but no one answered. I proceeded to contact Mr Ederle through a phone call. Mr Ederle answered the phone and confirmed his identity. After I identified myself and stated the purpose of my call, Mr Ederle said that he would return my call. At this time, Mr Ederle has not return my call. A business card and an official USMS notice was left at the main entrance of Mr Ederle's residence.

**Respectfully,**

**Victor Vivó**
**Deputy US Marshal**
**District of Puerto Rico**
**Cell: (787) 398-5478**
**Email:** victor.vivo-torres@usdoj.gov

"Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended recipient(s) and may contain law enforcement sensitive, confidential or privileged information. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited."

**From:** Otero-Colon, Javier (USMS) <Javier.Otero-Colon@usdoj.gov>

**Sent:** Wednesday, May 28, 2025 11:39:19 AM
**To:** McClure, Emily K (TAX) <Emily.K.McClure@usdoj.gov>; Vivo-Torres, Victor (USMS) <Victor.Vivo-Torres@usdoj.gov>
**Cc:** Camacho-Rodriguez, Raul (USMS) <Raul.Camacho-Rodriguez@usdoj.gov>
**Subject:** RE: Summons in a Civil Action - 25-cv-1233 Justin T. Ederle (CVR)

@Vivo-Torres, Victor (USMS)

Regards,

*Javier Otero Colón*
OFS / U.S. Marshals Service
District of Puerto Rico
(787) 766-6398
javier.otero-colon@usdoj.gov



---

**From:** McClure, Emily K (TAX) <Emily.K.McClure@usdoj.gov>
**Sent:** Wednesday, May 28, 2025 11:28 AM
**To:** Otero-Colon, Javier (USMS) <Javier.Otero-Colon@usdoj.gov>
**Subject:** RE: Summons in a Civil Action - 25-cv-1233 Justin T. Ederle (CVR)

Thanks, Javier! Are you planning additional attempts?

_____
Emily K. McClure (she/her/hers)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 227
Washington, DC 20044
emily.k.mcclure@usdoj.gov

**CONFIDENTIALTY NOTE:** This email and attachments are confidential. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this email is prohibited. If you have received this email in error, please notify the sender immediately and delete this copy and the reply from your system. Thank you.

---

**From:** Otero-Colon, Javier (USMS) <Javier.Otero-Colon@usdoj.gov>
**Sent:** Wednesday, May 28, 2025 9:07 AM
**To:** McClure, Emily K (TAX) <Emily.K.McClure@usdoj.gov>
**Subject:** FW: Summons in a Civil Action - 25-cv-1233 Justin T. Ederle (CVR)

For your information.

Regards,

### Javier Otero Colón

OFS / U.S. Marshals Service
District of Puerto Rico
(787) 766-6398
javier.otero-colon@usdoj.gov



---

**From:** Vivo-Torres, Victor (USMS) <Victor.Vivo-Torres@usdoj.gov>
**Sent:** Tuesday, May 27, 2025 5:26 PM
**To:** Camacho-Rodriguez, Raul (USMS) <Raul.Camacho-Rodriguez@usdoj.gov>; Otero-Colon, Javier (USMS) <Javier.Otero-Colon@usdoj.gov>
**Subject:** RE: Summons in a Civil Action - 25-cv-1233 Justin T. Ederle (CVR)

Greetings,

I went to the property this afternoon at approximately 16:18 hrs. I knocked on the door for several minutes, but no one answered the door. I also tried contacting Mr. Justin Ederle on his mobile device in two occasions, but did he did answered either.

Respectfully,

**Victor Vivó**
**Deputy US Marshal**
**District of Puerto Rico**
**Cell: (787) 398-5478**
**Email:** **victor.vivo-torres@usdoj.gov**



**"Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended recipient(s) and may contain law enforcement sensitive, confidential or privileged information. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited."**

**From:** Camacho-Rodriguez, Raul (USMS) <Raul.Camacho-Rodriguez@usdoj.gov>
**Sent:** Tuesday, May 27, 2025 2:43 PM
**To:** Otero-Colon, Javier (USMS) <Javier.Otero-Colon@usdoj.gov>; Vivo-Torres, Victor (USMS) <Victor.Vivo-Torres@usdoj.gov>
**Subject:** FW: Summons in a Civil Action - 25-cv-1233 Justin T. Ederle (CVR)

Greetings

Vivo, please provide update regarding this service.

Thanks

## Camacho-Rodriguez, Raul D

(A) Supevisory Deputy United States Marshal

District of Puerto Rico - 069
150 Carlos Chardon Ave. Suite 200
Hato Rey, Puerto Rico 00918
Phone: 787-766-6000
Mobile: 939-475-6942
Fax: 787-766-6023
URL http://www.usmarshals.gov
28 U.S.C. § 566

**NOTA:** Este mensaje incluyendo sus anejos, debe ser tratado como confidencial.  Si usted no es el destinatario, por favor contacte al que lo envía inmediatamente y borre el mensaje.  Cualquier uso, copia, divulgación, distribución o reproducción del contenido de este mensaje para cualquier propósito, sin la autorización expresa de quien lo envía o del Departamento de Justicia de Estados Unidos y/o sus representantes oficiales está prohibido.

**NOTICE:** This email together with any attachments must be treated as confidential.  If you are not the intended recipient, please contact the sender immediately and delete the orignal email.  Any use, copying, disclosure, alteration or reliance on the content of this email for any purpose without the named sender's express and/or the United States Department of Justice official representatives authorization is strictly prohibited. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited."

**From:** Camacho-Rodriguez, Raul (USMS) <Raul.Camacho-Rodriguez@usdoj.gov>
**Sent:** Monday, April 28, 2025 4:09 PM
**To:** Vivo-Torres, Victor (USMS) <Victor.Vivo-Torres@usdoj.gov>; Otero-Colon, Javier (USMS) <Javier.Otero-Colon@usdoj.gov>
**Subject:** FW: Summons in a Civil Action - 25-cv-1233 Justin T. Ederle (CVR)

Greetings:

Pleas assign to CIDUSM Vivo.

Thanks

Camacho-Rodriguez, Raul D

(A) Supevisory Deputy United States Marshal

District of Puerto Rico - 069
150 Carlos Chardon Ave. Suite 200
Hato Rey, Puerto Rico 00918
Phone: 787-766-6000
Mobile: 939-475-6942
Fax: 787-766-6023
URL http://www.usmarshals.gov
28 U.S.C. § 566

**NOTA**: Este mensaje incluyendo sus anejos, debe ser tratado como confidencial.  Si usted no es el destinatario, por favor contacte al que lo envía inmediatamente y borre el mensaje.  Cualquier uso, copia, divulgación, distribución o reproducción del contenido de este mensaje para cualquier propósito, sin la autorización expresa de quien lo envía o del Departamento de Justicia de Estados Unidos y/o sus representantes oficiales está prohibido.

**NOTICE**: This email together with any attachments must be treated as confidential.  If you are not the intended recipient, please contact the sender immediately and delete the orignal email.  Any use, copying, disclosure, alteration or reliance on the content of this email for any purpose without the named sender's express and/or the United States Department of Justice official representatives authorization is strictly prohibited. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited."

---

**From:** Otero-Colon, Javier (USMS) <Javier.Otero-Colon@usdoj.gov>
**Sent:** Monday, April 28, 2025 12:18 PM
**To:** Camacho-Rodriguez, Raul (USMS) <Raul.Camacho-Rodriguez@usdoj.gov>
**Cc:** PRD_Service_Of_Process <UServiceOfProcess@usms.doj.gov>
**Subject:** Summons in a Civil Action - 25-cv-1233 Justin T. Ederle (CVR)

Greetings, SDUSMS Camacho,

We received the attached Summons in a Civil Action.

| Defendant's name | Justin T. Ederle |
|---|---|
| Address | 75 Fairways Village Drive #12, Dorado, PR 00646 |
| Contact number | (787) |

Please advise who will it be assigned to.

Let me know if I can be of assistance with anything else.

Regards,

*Javier Otero Colón*
OFS / U.S. Marshals Service
District of Puerto Rico

(787) 766-6398
*javier.otero-colon@usdoj.gov*

