# USPS Tracking®

FAQs

Feedback

Remove ✕

**Tracking Number:**

# 70122920000026683419

Copy        Schedule a Redelivery (https://tools.usps.com/redelivery.htm)

## Latest Update

This is a reminder to arrange for redelivery of your item before June 23, 2025 or your item will be returned on June 24, 2025. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivery Attempt: Action Needed
Reminder to Schedule Redelivery of your item before June 23, 2025

June 14, 2025

### Notice Left (No Authorized Recipient Available)
DORADO, PR 00646
June 9, 2025, 1:47 pm

### In Transit to Next Facility
June 7, 2025

### Arrived at USPS Regional Facility
SANTA ANA CA DISTRIBUTION CENTER
June 5, 2025, 8:54 pm

### Arrived at USPS Regional Facility
ANAHEIM CA DISTRIBUTION CENTER
June 5, 2025, 11:31 am



Exhibit
C

• Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

Schedule Redelivery ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs