IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:25-cv-1233 |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| JUSTIN T. EDERLE, ) | |
| ) | |
| Respondent. ) | |

**DECLARATION OF LUIS TIRADO**

I, Luis Tirado, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a Revenue Agent with the United States Internal Revenue Service, employed in Guaynabo, Puerto Rico.

2. I have been employed by the Internal Revenue Service since December 4, 2023.

3. I am over the age of 18.

4. I have personal knowledge of the matters set forth in this declaration, and if called upon to testify to such matters, I could do so competently.

5. As part of my duties as a Revenue Agent, the Department of Justice designated me to effectuate service of process in this case.

6. On June 3, 2025, at approximately 2:30 pm. local time, I arrived at the last known address of Mr. Justin T. Ederle. I knocked on the door, but no one answered the door. There were no cars parked at the residence, but a golf cart was parked outside, and the air conditioner was running.

7. On June 4, 2025, at approximately 4:10 p.m. local time, I arrived at the last known address of Mr. Justin T. Ederle. I knocked on the door, but no one answered the door.

1

    There were no cars parked at the residence, but a golf cart was parked outside, and the air conditioner was running.

8. On June 5, 2025, at approximately 4:30 p.m. local time, I arrived at the last known address of Mr. Justin T. Ederle. I knocked on the door, but no one answered the door. There were no cars parked at the residence, but a golf cart was parked outside, and the air conditioner was running. I left a copy of the following documents taped to the door: petition (ECF No. 1), declaration of Agent Anton Pukhalenko (ECF No. 1-1), summons (ECF No. 1-2), proposed order to show cause (ECF No. 1-3), civil cover sheet (ECF No. 1-4), and Order to Show Cause entered by the Court (ECF No. 3).

9. On June 9, 2025, at approximately 9:30 a.m. local time, I arrived at the last known address of Mr. Justin T. Ederle. I observed the front door and saw that the copies of documents I had taped to the door on June 5, 2025, were no longer there. I also had brought another copy of the following documents secured in an envelope: petition (ECF No. 1), declaration of Agent Anton Pukhalenko (ECF No. 1-1), summons (ECF No. 1-2), proposed order to show cause (ECF No. 1-3), civil cover sheet (ECF No. 1-4), and Order to Show Cause entered by the Court (ECF No. 3).

10. Also on June 9, 2025, I knocked on the door of the last known address of Mr. Justin T. Ederle. A man who appeared to be in his 20s answered the door and informed me he would go and get Mr. Ederle. The young man returned and told me Mr. Ederle was unavailable. The young man refused to give me his name and refused to take the envelope. While speaking with the young man at the front door, an older gentleman who I believe to be Mr. Ederle, came down the stairs from the second floor. The older gentleman did not come to the door.

11. Because the young man refused to take the envelope, I again taped the envelope containing the documents to the front door.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on <u>June 10</u>, 2025, in Guaynabo, Puerto Rico

_____
Luis Tirado
Revenue Agent
Internal Revenue Service

Digitally signed by Luis Tirado
Date: 2025.06.10 11:32:47 -04'00'