IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:25-cv-01233 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JUSTIN T. EDERLE, | ) | |
| | ) | |
| Respondent. | ) | |

Before the Court is the United States' Motion for Alternative Service. ECF No. _4_. Upon consideration of the motion, and good cause having been shown, it is hereby **ORDERED** that:

(1) The Motion is **GRANTED**; and

(2) The United States has effectuated service by the alternative means of leaving a copy at Respondent's residence.

Entered: ____June 16____, 2025

S/ CAMILLE L. VELEZ-RIVE
Camille L. Velez-Rive
United Stated District Judge