IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,            )
                                     )    Case No. 3:25-cv-1233
      Petitioner,             )
                                     )
      v.                      )
                                     )
JUSTIN T. EDERLE,                    )
                                     )
      Respondent.             )

**DECLARATION OF JAVIER CORTES ALVAREZ**

I, Javier Cortes Alvarez, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a Revenue Agent with the United States Internal Revenue Service, employed in Guaynabo, Puerto Rico.

2. I have been employed by the Internal Revenue Service since June 18, 2001.

3. I am over the age of 18.

4. I have personal knowledge of the matters set forth in this declaration, and if called upon to testify to such matters, I could do so competently.

5. As part of my duties as a Revenue Agent, the Department of Justice designated me to effectuate service of process in this case.

6. On July 3, 2025, at approximately 10:20 a.m. local time, I arrived at the last known

   address of Mr. Justin T. Ederle. I knocked on the door, but no one answered the door. I

   left a copy of the following documents taped to the door: Order Enforcing IRS

   administrative summons (ECF No. 8) and IRS administrative summons (ECF No. 1-2).

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct. Executed on July 3, 2025, in Guaynabo, Puerto Rico

Javier Cortes Alvarez

Digitally signed by Javier Cortes Alvarez
Date: 2025.07.07 08:51:44 -04'00'

Javier Cortes Alvarez
Revenue Agent
Internal Revenue Service

2