IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:25-cv-01233 |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| JUSTIN T. EDERLE, ) | |
| ) | |
| Respondent. ) | |

**ORDER GRANTING UNITED STATES' MOTION TO SHOW CAUSE**

This case is before the Court upon the United States' Motion for Order to Show Cause. The United States' motion alleges that the Respondent has not complied the IRS Summons as required by this Court's Order. ECF No. 8. Accordingly, it is hereby **ORDERED** as follows:

1. The United States' Motion for Order to Show Cause (ECF No. _____) is **GRANTED**;

2. The Respondent, Justin T. Ederle, is **ORDERED** to appear before this Court on the _____ day of _____, 2025, at __:___ _.m., to show cause why he should not be held in contempt.

3. A copy of this Order, together with the IRS administrative summons, **SHALL BE SERVED** upon the Respondent, Justin T. Ederle, by sending a copy First Class Mail via the United States Postal Service and by leaving a copy at the Respondent's residence;

4. The United States **SHALL FILE** proof of service effected pursuant to Paragraph 3 with the Clerk as soon as practicable;

5. If the Respondent, Justin Ederle, has any defense to present or opposition to the motion, such defense or opposition shall be made in writing and filed with the Clerk, with copies served on counsel for the United States, at least 14 days prior to the date set for the show cause hearing; and

6. At the show cause hearing, only those issues brought into controversy by the responsive pleadings and factual allegations supported by affidavit or declaration will be considered, and failure to file a defense or opposition may result in termination of the hearing schedule in Paragraph 2 of this Order.

Entered: _____, 2025

                                      _____
                                      Hon. Camille L. Velez-Rive
                                      United Stated District Court Judge
                                      United States District Court
                                      District of Puerto Rico