IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:25-cv-1233-CVR |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JUSTIN T. EDERLE, | ) | |
| | ) | |
| Respondent. | ) | |

## MOTION TO CONTINUE HEARING

On August 19, 2025, this Court granted the United States' Motion for Order to Show Cause and set a hearing for September 22, 2025. ECF No. 12. Counsel for the United States unfortunately has international travel and family obligations that will prevent her from traveling to Puerto Rico for several weeks in September and October. Thus, the undersigned respectfully requests the Court continue the hearing until the week of October 27, 2025, or as soon after as is practicable for the Court's schedule.

*(Signature blocks on the following page.)*

1

Dated: August 20, 2025                    Respectfully submitted,


                                          */s/ Emily K. McClure*
                                          EMILY K. MCCLURE
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice
                                          P.O. Box 227
                                          Washington, D.C.  20044
                                          202-353-7509 (v)
                                          202-514-6866 (f)
                                          emily.k.mcclure@usdoj.gov

                                          /s/ *Desirée Laborde-Sanfiorenzo*
                                          DESIRÉE LABORDE-SANFIORENZO
                                          Assistant United States Attorney
                                          USDC-PR Bar 208110
                                          United States Attorney's Office
                                          Torre Chardón, Suite 1201
                                          350 Carlos Chardón Avenue
                                          San Juan, Puerto Rico 00918
                                          Tel (787) 766-5656
                                          desiree.laborde@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered to receive it. In addition, on the same day, I sent the foregoing document via first class USPS mail to:

**Justin T. Ederle**
75 Fairways Village Drive, #12
Dorado, Puerto Rico, 00646


*/s/ Emily K. McClure*
EMILY K. McCLURE
Trial Attorney
United States Department of Justice, Tax Division