IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:25-cv-01233 |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| JUSTIN T. EDERLE, ) | |
| ) | |
| Respondent. ) | |

**ORDER GRANTING UNITED STATES' MOTION TO CONTINUE HEARING**

This case is before the Court upon the United States' Motion to Continue the Show Cause Hearing, which is currently scheduled for September 22, 2025. Accordingly, it is hereby **ORDERED** as follows:

1. The United States' Motion to Continue (ECF No. 11) is **GRANTED**;

2. The Respondent, Justin T. Ederle, is **ORDERED** to appear before this Court on the 31st day of October, 2025, at 9:00 a.m., to show cause why he should not be held in contempt.

3. A copy of this Order, together with the IRS administrative summons, **SHALL BE SERVED** upon the Respondent, Justin T. Ederle, by sending a copy First Class Mail via the United States Postal Service and by leaving a copy at the Respondent's residence;

4. The United States **SHALL FILE** proof of service effected pursuant to Paragraph 3 with the Clerk as soon as practicable;

5. If the Respondent, Justin Ederle, has any defense to present or opposition to the motion, such defense or opposition shall be made in writing and filed with the Clerk, with copies served on counsel for the United States, at least 14 days prior to the date set for the show cause hearing; and

6. At the show cause hearing, only those issues brought into controversy by the responsive pleadings and factual allegations supported by affidavit or declaration will be considered, and failure to file a defense or opposition may result in termination of the hearing schedule in Paragraph 2 of this Order.

Entered: August 20, 2025

S/ CAMILLE L. VELEZ-RIVE  
CAMILLE L. VELEZ-RIVE  
UNITED STATES DISTRICT JUDGE