# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**,
Petitioner,

v.

**CIVIL NO. 25-cv-01233 (CVR)**

**JUSTIN T. EDERLE,**
Defendant.

## UNITED STATES OF AMERICA'S REQUEST
## FOR A STAY PENDING APPROPRIATION OF FUNDS

TO THE HONORABLE COURT:

The United States of America hereby moves for the immediate stay of the case and respectfully moves this Court for an order staying the Show Cause hearing scheduled for October 31, 2025, at 9:00 AM before Judge Camille L. Velez-Rive, considering the current lapse in appropriations by Congress. The Appropriations Act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department of Justice does not know when funding will be restored by Congress.

1. Absent an appropriation, Department of Justice attorneys and employees of the federal United States Attorney's Office and the Bureau of Prisons are prohibited from working, even on a voluntary basis, except in very limited circumstances such as "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

2. Undersigned counsel for the Department of Justice therefore requests the immediate stay of the case and the Show Cause hearing scheduled for October 31, 2025, at 9:00 AM, until Congress has restored appropriations to the Department.

3. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – *i.e.*, each deadline would be extended by the total number of days of the lapse in appropriations.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for an immediate stay of the case and the Show Cause hearing scheduled for October 31, 2025, at 9:00 AM in this case until the Department of Justice attorneys are permitted to resume their usual civil litigation functions.

**RESPECTFULLY SUBMITTED**,

In San Juan, Puerto Rico, on October 1, 2025.

        W. Stephen Muldrow
        United States Attorney

        */S/ Desirée Laborde-Sanfiorenzo*
        Desirée Laborde-Sanfiorenzo
        USDC # 208010
        Assistant United States Attorney
        United States Attorney's Office
        Torre Chardón, Suite 1201
        350 Carlos Chardón Street
        San Juan, Puerto Rico 00918
        Email: desiree.laborde@usdoj.gov
        Tel. (787) 766-5656

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                     s/ *Desirée Laborde-Sanfiorenzo*
                                                     Desirée Laborde-Sanfiorenzo
                                                     Assistant United States Attorney
                                                     USDC No. 208010