IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Petitioner, </br></br> v. </br></br> JUSTIN T. EDERLE, </br></br> Respondent. | Case No. 3:25-cv-1233 |

**DECLARATION OF EMILY K. MCCLURE REGARDING SERVICE**

I, Emily K. McClure, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am employed as a Trial Attorney with the United States Department of Justice, Tax Division, in Washington, D.C.

2. As part of my duties as a trial attorney with the Tax Division, I have been assigned to represent the Petitioner, the United States of America, in the above-captioned matter.

3. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify to said facts, could do so competently.

4. Upon information and belief, Justin Ederle resides at 75 Fairways Village Drive, #12, Dorado, Puerto Rico, 00646.

5. On August 19, 2025, the Court entered an Order to Show Cause as to why Mr. Ederle should not be held in contempt, setting a hearing, and directing service be effectuated on Mr. Ederle by alternative means. ECF No. 12.

6. On August 20, 2025, the Court entered another Order resetting the date of the hearing and directing service be effectuated on Mr. Ederle by alternative means. ECF No. 14.

7. Due to a lapse in appropriations, the show cause hearing was cancelled. ECF No. 17.

8. On November 17, 2025, this Court entered an Order lifting the stay in this case, resetting the date of the hearing to December 15, and directing service be effectuated on Mr. Ederle by alternative means. ECF No. 19.

9. To effectuate service on Mr. Ederle, on November 17. 2025, I caused copies of the Court's Order (ECF No. 19) and the IRS Summons (ECF No. 1-2) to be mailed to Mr. Ederle via USPS First Class Mail.

10. Also to effectuate service on Mr. Ederle, I contacted Revenue Agent Luis Tirado to assist the Department of Justice.

11. Attached hereto as Exhibit A is a declaration from Agent Tirado regarding his actions to effectuate service on Mr. Ederle.

12. As of at least November 19, 2025, the United States has completed service of the Court's Order (ECF No. 19) and the IRS Summons (ECF No. 1-2) in accordance with the Court's Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 19, 2025, in Washington, DC.

                                                */s/ Emily K. McClure*
                                                Emily K. McClure
                                                Trial Attorney
                                                United States Department of Justice, Tax Division