IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:25-cv-1233 |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| JUSTIN T. EDERLE, ) | |
| ) | |
| Respondent. ) | |

**DECLARATION OF LUIS TIRADO**

I, Luis Tirado, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a Revenue Agent with the United States Internal Revenue Service, employed in Guaynabo, Puerto Rico.

2. I have been employed by the Internal Revenue Service since December 4, 2023.

3. I am over the age of 18.

4. I have personal knowledge of the matters set forth in this declaration, and if called upon to testify to such matters, I could do so competently.

5. As part of my duties as a Revenue Agent, the Department of Justice designated me to effectuate service of process in this case.



Exhibit A

6. On November 18, 2025, at approximately 10:40 a.m. local time, I arrived at the last known address of Mr. Justin T. Ederle. I knocked on the door, but no one answered the door. I left a copy of the following documents taped to the door: Order Granting Motion to Show Cause and Set a Hearing (ECF No. 19) and the IRS Summons (ECF No. 1-2).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 18, 2025, in Guaynabo, Puerto Rico

_____
Digitally signed by Luis Tirado
Date: 2025.11.18 12:01:55 -04'00'

Luis Tirado
Revenue Agent
Internal Revenue Service