AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | | |
|---|---|---|
| United States of America<br>v.<br>Justin T. Ederle<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:25-cv-01233-CVR |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Justin T. Ederle                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☑ Order of the Court

This offense is briefly described as follows:

  Contempt of Court and failure to appear at Show Cause Hearing on 12/15/2025 at 10:00 a.m.


Date:   December 15, 2025                                              *s/ Camille L. Vélez-Rivé*
                                                                                                    *Issuing officer's signature*

City and state:   San Juan, Puerto Rico                      Camille L. Vélez-Rivé, U.S. District Judge
                                                                                                       *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____
                                                                                                    *Arresting officer's signature*

                                                                                                    *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Justin T. Ederle

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                             Weight:

Sex:                                                Race:

Hair:                                               Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: