IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Petitioner, | ) ) ) | Case No. 3:25-cv-1233-CVR |
| v. | ) ) ) | |
| JUSTIN T. EDERLE, | ) ) | |
| Respondent. | ) ) | |

## JOINT MOTION FOR EXTENSION OF TIME TO COMPLY

On December 15, 2025, the United States appeared before this Court and requested a finding of civil contempt against Defendant Justin T. Ederle for failure to comply with the Court's enforcement of the Internal Revenue Service's summons. ECF No. 22. An arrest warrant was issued. ECF No. 21. On December 17, 2025, Mr. Ederle was arrested and appeared before Magistrate Judge Bauza-Almonte. ECF No. 23. Magistrate Judge Bauza-Almonte gave Mr. Ederle until 5:00 p.m. to produce the requested documents. *Id.*

On December 18, 2025, at 2:45 p.m. local time, Mr. Justin Ederle appeared at the United States Attorney's Office for the District of Puerto Rico. He provided documents in response to some, but not all, of the requests in the summons. Provided information included mortgage and other loan documents, bank statements, lease agreements, property tax information, and certain identifying information for Mr. Ederle and his children.

However, certain requests for information contained in the Internal Revenue Service summons are still outstanding. Mr. Ederle has requested additional time to provide those documents. The parties request the Court grant Mr. Ederle additional time, up to and including **January 7, 2025**, by which to comply with the remainder of the requests outlined in the IRS

1

Summons. Mr. Ederle understands that failure to comply may result in a second contempt finding and the issuance of an arrest warrant.

Dated: December 19, 2025

Respectfully submitted,

/s/ Emily K. McClure
EMILY K. MCCLURE
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-353-7509 (v)
202-514-6866 (f)
emily.k.mcclure@usdoj.gov

/s/
JUSTIN T. EDERLE
75 Fairways Village Drive, #12
Dorado, Puerto Rico, 00646
jederle@gmail.com

/s/ Desirée Laborde-Sanfiorenzo
DESIRÉE LABORDE-SANFIORENZO
Assistant United States Attorney
USDC-PR Bar 208110
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Avenue
San Juan, Puerto Rico 00918
Tel (787) 766-5656
desiree.laborde@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered to receive it. In addition, on the same day, I sent the foregoing document via e-mail to:

**Justin T. Ederle**
75 Fairways Village Drive, #12
Dorado, Puerto Rico, 00646
jederle@gmail.com

                                        */s/ Emily K. McClure*
                                        EMILY K. McCLURE
                                        Trial Attorney
                                        Tax Litigation Branch
                                        Civil Division, Department of Justice