IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 3:25-cv-01233 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JUSTIN T. EDERLE, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER GRANTING PARTIES' MOTION FOR EXTENSION OF TIME**

This case is before the Court upon the parties' Motion for Extension of Time. The parties being in agreement, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The parties' Motion for Extension of Time (ECF No. 24) is **GRANTED**;

2. The Respondent, Justin T. Ederle, is **ORDERED** to produce all information requested by the IRS administrative summons (ECF No. 1-2) by **5:00 p.m. on January 7, 2026**, via email or other electronic means to counsel for the United States;

3. A copy of this Order, together with the IRS administrative summons, **SHALL BE SERVED** upon the Respondent, Justin T. Ederle, via email;

4. Failure to comply with this Order may result in a second contempt filing against the Respondent Justin T. Ederle and the issuance of an arrest warrant; and

5. The Petitioner shall file an informative motion on **January 8, 2026** as to the status of Mr. Ederle's compliance.

Entered: December 19, 2025

                                                    S/ CAMILLE L. VELEZ-RIVE
                                                    CAMILLE L. VELEZ-RIVE
                                                    UNITED STATES DISTRICT JUDGE