IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 3:25-cv-01233 |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| JUSTIN T. EDERLE, | ) |
| | ) |
| Respondent. | ) |

**ORDER GRANTING PARTIES' MOTION FOR EXTENSION OF TIME**

This case is before the Court upon the parties' Motion for Extension of Time. The parties being in agreement, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The parties' Motion for Extension of Time (ECF No. 26) is **GRANTED**;

2. The Respondent, Justin T. Ederle, is **ORDERED** to produce all information requested by the IRS administrative summons (ECF No. 1-2) by **5:00 p.m. on January 21, 2026**, via email or other electronic means to counsel for the United States;

3. A copy of this Order, together with the IRS administrative summons, **SHALL BE SERVED** upon the Respondent, Justin T. Ederle, via email;

4. Failure to comply with this Order may result in a second contempt filing against Respondent Ederle and the issuance of an arrest warrant and/or monetary fines; and

5. Petitioner **SHALL FILE** an informative motion on January 22, 2026, as to the status of Mr. Ederle's compliance.

Entered: January 9, 2026

S/ CAMILLE L. VELEZ-RIVE
CAMILLE L. VELEZ-RIVE
UNITED STATES DISTRICT JUDGE