IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:25-cv-1233-CVR |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| JUSTIN T. EDERLE, ) | |
| ) | |
| Respondent. ) | |

**RESPONDENT'S MOTION INFORMING COMPLIANCE WITH IRS SUMMONS**

**TO THE HONORABLE COURT:**

**COMES NOW:** Respondent Justin T. Ederle, through the undersigned counsel and respectfully states and avers:

As Mr. Ederle has previously informed, on December 18, 2025, he appeared at the United States Attorney's Office for the District of Puerto Rico and provided documents in response to some of the requests in the IRS Summons relevant to this proceeding. The parties thereafter filed various joint motions requesting the Court to grant Mr. Ederle additional extensions of time to comply with the remainder of the requests outlined in the IRS Summons, which this Honorable Court granted. *See* ECF Nos. 24, 25, 27 and 28.

On January 8, 2026, Mr. Ederle engaged counsel in connection with his response to the IRS Summons. On January 21, 2026, Mr. Ederle provided, via electronic submission to the United States, a response addressing all IRS Summons requests, and providing additional documents in response to some, but not all, of the requests in the IRS Summons.

On January 21, 2026, Mr. Ederle filed an unopposed motion (ECF No. 30) requesting the Court to grant Mr. Ederle additional time, up to and including March 2, 2026, by which to comply

with the remainder of the requests outlined in the IRS Summons, which the Court granted. (ECF No. 32.) In compliance with the aforesaid, on February 8, 2026, Mr. Ederle provided, via electronic submission to the United States, additional documents in response to some, but not all, of the requests in the IRS Summons.

Thereafter, on February 27, 2026, Mr. Ederle provided, via electronic submission to the United States, a response addressing all IRS Summons requests, and additional documents in response to the remaining requests in the IRS Summons. In his written summons response, Mr. Ederle described the requests for which additional responsive documentation was enclosed, the requests that are not applicable to Mr. Ederle, and the efforts, and outcome of the efforts, by Mr. Ederle to seek and obtain additional documentation to fully comply with the IRS Summons. Mr. Ederle submitted an additional document in response to the IRS Summons on March 2, 2026.

In total, Mr. Ederle has provided over 700 documents since December 17, 2025, including documents that Mr. Ederle has obtained from third parties, after numerous reasonable efforts, which he has specifically detailed in his submissions to the IRS. As stated in Mr. Ederle's communication to the Petitioner of March 2, 2026, he is not aware of any responsive documents in his custody or control that have not yet been provided to the United States in response to the IRS Summons. In this manner, Mr. Ederle has sought to comply with all the IRS Summons requests and it is his understanding that he has fully complied with the IRS Summons. Petitioner's Counsel, Emily K. McClure, has been notified of Mr. Ederle's understanding that he fully complied with the IRS Summons. The parties anticipate filing a joint status report in short order.

**WHEREFORE**, Respondent respectfully requests that this Honorable Court find him in compliance with the IRS Summons and close this proceeding, accordingly.

**RESPECTFULLY SUBMITTED.**

**WE HEREBY CERTIFY:** That on this date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

**PIETRANTONI MÉNDEZ & ALVAREZ LLC**
Popular Center, 19th Floor
208 Ponce de León Ave.
San Juan, PR  00918
Tel.: (787) 274-1212
Fax : (787) 274-1470

*/s/Oreste R. Ramos*
Oreste R. Ramos
USDC-PR No. 216801
oramos@pmalaw.com

*/s/ Sara Lydia Vélez Santiago*
Sara Lydia Vélez Santiago
USDC No. 224004
svelez@pmalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered to receive it.

**PIETRANTONI MÉNDEZ & ALVAREZ LLC**
Popular Center, 19th Floor
208 Ponce de León Ave.
San Juan, PR  00918
Tel.: (787) 274-1212
Fax : (787) 274-1470

*/s/Oreste R. Ramos*
Oreste R. Ramos
USDC-PR No. 216801
oramos@pmalaw.com

*/s/ Sara Lydia Vélez Santiago*
Sara Lydia Vélez Santiago
USDC No. 224004
svelez@pmalaw.com