IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:25-cv-1233-CVR |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JUSTIN T. EDERLE, | ) | |
| | ) | |
| Respondent. | ) | |

**UNITED STATES' RESPONSE TO RESPONDENT'S MOTION INFORMING COMPLIANCE WITH IRS SUMMONS**

On July 1, 2025, this Court granted the United States' Petition to Enforce the IRS Summons issued against Respondent Justin Ederle. ECF No. 8. Since that time, Mr. Ederle has made document productions on December 18, 2025; January 21, 2026; February 8, 2026; February 27, 2026; and March 2, 2026.

The United States has reviewed these submissions and has determined the Respondent has substantially complied with the IRS Summons. However, as noted by the Respondent, the documents produced are voluminous and the United States has not had sufficient opportunity to review all information contained within them. Therefore, the United States reserves the right to issue future summonses as permitted under 26 U.S.C. § 7602.

WHEREFORE, for the reasons stated above, and the record in this case, the United States respectfully requests that the Court determine and adjudge that the Order enforcing the IRS summons at issue, ECF No. 8, has been complied with, the Court's further Orders to show cause and to produce documents, ECF Nos. 12, 19, 25, and 28, can be vacated as moot, and the Court may proceed to close this matter.

*(Signature blocks on the following page.)*

1

2

Dated: March 5, 2026                              Respectfully submitted,


                                                  */s/ Emily K. McClure*
                                                  EMILY K. MCCLURE
                                                  Trial Attorney
                                                  Tax Litigation Branch
                                                  Civil Division, Department of Justice
                                                  P.O. Box 227
                                                  Washington, D.C.  20044
                                                  202-353-7509 (v)
                                                  202-514-6866 (f)
                                                  emily.k.mcclure@usdoj.gov

                                                  /s/ *Desirée Laborde-Sanfiorenzo*
                                                  DESIRÉE LABORDE-SANFIORENZO
                                                  Assistant United States Attorney
                                                  USDC-PR Bar 208110
                                                  United States Attorney's Office
                                                  Torre Chardón, Suite 1201
                                                  350 Carlos Chardón Avenue
                                                  San Juan, Puerto Rico 00918
                                                  Tel (787) 766-5656
                                                  desiree.laborde@usdoj.gov

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of March, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered to receive it.

/s/ Emily K. McClure
EMILY K. McCLURE
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice